# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Daniel Malsch
**Debtor(s)**

| | |
|---|---|
| Songshooter Foundation, Corp., **Plaintiff(s)** vs. Daniel Malsch, dba Soundmine Recording, Inc. dba Soundmine Music Works, LLC **Defendant(s)** | Chapter 13<br><br>Case No. 5:17−bk−03339−JJT<br><br>Adversary No. 5:17−ap−00183−JJT |

**Summons**

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court no later than December 20, 2017, except that the United States and its offices and agencies shall file a motion or answer to the complaint no later than December 26, 2017. At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

The plaintiff is required to serve this summons on all defendants and file a certificate of service with the court evidencing such service. Instructions regarding service of a summons can be found on the court's website at www.pamb.uscourts.gov

| **Address of Clerk** | **Name and Address of Plaintiff's/Petitioner's Attorney** |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701 | Mark J. Conway<br>Law Offices of Mark J Conway PC<br>502 South Blakely Street<br>Dunmore, PA 18512 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



s/Terrence S. Miller
_____
Terrence S. Miller
Clerk, U.S. Bankruptcy Court
274 Max Rosenn US Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Dated: November 20, 2017