# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 5:17-bk-03339-JJT |
| Daniel Malsch, | : | |
|     Debtor, | : | Chapter 13 |
| _____ | : | |
| Songshooter Foundation, Corp., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Adv. No. 5:17-ap-00183-JJT |
| Daniel Malsch, | : | |
| dba Soundmine Recording, Inc. | : | |
| dba Soundmine Music Works, LLC | : | |
|     Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal hereby certify that on November 20, 2017, I served a copy of the Adversary Complaint filed on November 17, 2017 and Summons dated November 20, 2017 by first class mail, postage prepaid and by Certified Mail Return Receipt Requested addressed to the attorneys or parties of record as follows:

Daniel Malsch
d/b/a Soundmine Recording, Inc.
d/b/a Soundmine Music Works, LLC
5206 Ponderosa Lane
East Stroudsburg, PA 18302

Patrick James Best, Esq.
ARM Lawyers
202 Delaware Avenue
Palmerton, PA 18071

**CONWAY LAW OFFICES, P.C.**

/s/ Amy L. Marta,
Amy L. Marta, Paralegal
502 S. Blakely Street
Dunmore, PA 18512
Phone – (570) 343-5350
Dated: November 20, 2017    Fax – (570) 343-5377